# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MJ13-458 |
| Plaintiff, | |
| v. | DETENTION ORDER |
| MUHAMMED ZBEIDA TILLISY, | |
| Defendant. | |

Offenses charged:

    Count 1:    False Statement or Representation to a Federal Agency

    Count 2:    Aggravated Identity Theft

    Count 3:    Impersonation of a Federal Official

Date of Detention Hearing: September 20, 2013.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    1.    Defendant has a lengthy criminal record.

    2.    Defendant's history includes multiple failures to appear, escape convictions and failures to comply with supervision.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

3. Defendant is unable or unwilling to be supervised.

4. There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 23rd day of September, 2013.

JAMES P. DONOHUE
United States Magistrate Judge